IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **DEBORAH LAUFER, Individually,** : | |
| : | **Case No.: 1:19-cv-05697-AT** |
| Plaintiffs, : | |
| v. : | |
| : | |
| **SIS KENNESAW LLC, A Georgia Corporation,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**

Plaintiff and Defendant, by and through undersigned counsel, hereby stipulate under FRCP 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: February 18, 2020                                   Dated: February 18, 2020

*/s/ Tristan W. Gillespie*                                       */s/ Roy Banerjee*
Tristan W. Gillespie, Esq.                                   Roy Banerjee
                                                                              KPPB LAW
THOMAS B. BACON, P.A.                                One Lakeside Commons, Suite 800
5150 Cottage Farm Rd.                                      990 Hammond Drive NE,
Johns Creek, GA 30022                                      Atlanta, GA 30328

ATTORNEYS FOR PLAINTIFF,                      ATTORNEYS FOR DEFENDANT
DEBORAH LAUFER                                           SIS KENNESAW LLC

1

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: February 18, 2020

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE